In re REMSEN AVENUE IN CITY OF NEW YORK. (Appeal No. 2.)

(Supreme Court, Appellate Division, Second Department. November 22, 1912.)

Appeal from Special Term, Kings County.

In the matter of the application of the City of New York relative to acquiring title for the purpose of opening Remsen Avenue. From a judgment denying confirmation of the report of commissioners of estimate and assessment, the City appeals. Order affirmed.

Edward Riegelman and Charles S. Taber, both of Brooklyn, for appellants.
Hugo Hirsh, of Brooklyn, and Benjamin Trapnell, of New York City, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on authority of Matter of Remsen Avenue (Appeal No. 1) 138 N. Y. Supp. 594, decided herewith.

HIRSCHBERG, BURR, WOODWARD, and RICH, JJ., concur. THOMAS, J., not voting.